IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA PARMENTER**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**ROMOLO CHOCOLATES, INC.** and **ANTHONY STEFANELLI**,<br><br>Defendants. | Case No. 1:22-cv-233<br><br>Judge SUSAN PARADISE BAXTER |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AND FOR PRELIMINARY CERTIFICATION OF COLLECTIVE AND CLASS FOR SETTLEMENT PURPOSES

Plaintiff, by and through her undersigned counsel, on behalf of herself and all individuals who have filed written consent forms in this Action and have timely claims ("Opt-In Plaintiffs"), and Defendants, by and through their undersigned counsel, respectfully request that the Court: (1) preliminarily approve the Settlement and conditionally certify the Settlement Collective and Settlement Class for settlement purposes only; (2) approve the proposed Notice Packet to be disseminated to all Collective Members and Class Members pursuant to the Joint Stipulation of Settlement; (3) appoint Eric Sands and Zijian Guan of Brown, LLC as Collective and Class Counsel; (4) appoint ILYM Group, Inc. as the Settlement Administrator; and (5) schedule a hearing for final approval of the Settlement. Plaintiff's Motion is based on the Joint Stipulation of Settlement, Memorandum of Law, Declaration of Attorney Eric Sands, and exhibits thereto, all of which are filed contemporaneously with this Motion.

Respectfully submitted on August 16, 2023

**HAVING SEEN AND AGREED TO:**

| | |
|---|---|
| */s/ Eric Sands* | */s/ Arthur D. Martinucci* |
| Eric Sands (*admitted pro hac vice*) | Arthur D. Martinucci (PA Bar I.D. # 63699) |
| Zijian Guan (*application to be admitted pro hac vice forthcoming*) | **QUINN LAW FIRM** |
| Jason T. Brown  (PA Bar I.D. # 79369) | 2222 West Grandview Boulevard |
| **BROWN, LLC** | Erie, PA 16506 |
| 111 Town Square Pl, Suite 400 | Phone: (814) 833-22222 |
| Jersey City, NJ 07310 | Facsimile: (814) 833-6753 |
| Phone: (877) 561-0000 | amartinucci@quinnfirm.com |
| Facsimile:  (855) 582-5297 | |
| eric.sands@jtblawgroup.com | *COUNSEL FOR DEFENDANTS* |
| cocozguan@jtblawgroup.com | |
| jtb@jtblawgroup.com | |
| | |
| *COUNSEL FOR PLAINTIFF* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, thereby serving all counsel of record.

/s Eric Sands
Eric Sands