# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA PARMENTER**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**ROMOLO CHOCOLATES, INC.** and **ANTHONY STEFANELLI**,<br><br>Defendants. | Case No. 1:22-cv-233<br><br>Judge SUSAN PARADISE BAXTER |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiff, Melissa Parmenter, ("Plaintiff"), on behalf of herself and all other similarly situated individuals, respectfully move pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Fed. R. Civ. P 23 for entry of an order granting final approval of the parties' Stipulation of Settlement and entering final judgment in this action.

This motion is based on the Stipulation of Settlement and Declaration of Plaintiff's counsel Eric Sands that were filed on August 16, 2023, (ECF Nos. 14, 17), as well as the contemporaneously filed Supplemental Declaration of Mr. Sands and the Declarations of Christina Fowler (Project Manager for the Claims Administrator) (filed as Exhibits 1 and 2 hereto), and argument of Counsel.

Dated: December 8, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Sands* | */s/ Arthur D. Martinucci* |
| Eric Sands (*admitted pro hac vice*) | Arthur D. Martinucci (PA Bar I.D. # 63699) |
| Zijian Guan (*admitted pro hac vice*) | **QUINN LAW FIRM** |
| Jason T. Brown (PA Bar I.D. # 79369) | 2222 West Grandview Boulevard |
| **BROWN, LLC** | Erie, PA 16506 |
| 111 Town Square Pl, Suite 400 | Phone: (814) 833-22222 |
| Jersey City, NJ 07310 | Facsimile: (814) 833-6753 |
| Phone: (877) 561-0000 | amartinucci@quinnfirm.com |
| Facsimile: (855) 582-5297 | |
| eric.sands@jtblawgroup.com | *COUNSEL FOR DEFENDANTS* |
| cocozguan@jtblawgroup.com | |
| jtb@jtblawgroup.com | |

*CLASS COUNSEL*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2023, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s Eric Sands
Eric Sands